**DLD-104**

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **21-3230**

MAQUIS LEE RAYNER, Appellant

VS.

SUPERINTENDENT FOREST SCI, ET AL.

(E.D. Pa. Civ. No. 2-18-cv-04909)

Present: KRAUSE, MATEY and PHIPPS, Circuit Judges

> Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1), which seeks certification of additional issues under 3d Cir. L.A.R. 22.1(b) in the above-captioned case.

> Respectfully,

> Clerk

_____ORDER_____

Appellant's request for a certificate of appealability as to additional claims not certified by the District Court, namely, Appellant's claims of prosecutorial misconduct and trial court error, is denied. For substantially the same reasons given by the Magistrate Judge and adopted by the District Court, jurists of reason would not debate the District Court's decision to deny Appellant's claims. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, jurists of reason would agree that neither the prosecutor's nor the trial judge's remarks deprived Appellant of a fair trial. See Chambers v. Mississippi, 410 U.S. 284, 298, 290 n.3 (1973); Donnelly v. DeChristoforo, 416 U.S. 637, 642 (1974); United States v.

Reilly, 33 F.3d 1396, 1421 (3d Cir. 1994). A briefing schedule for the briefing of the issue already certified by the District Court shall issue in due course. See 3d Cir. L.A.R. 22.1(b).

                                                By the Court,

                                                s/Paul B. Matey
                                                Circuit Judge

Dated: April 21, 2022

kr/cc:  Gerald P. Morano, Esq.
        Samuel C. Stretton, Esq.
         Erik T. Walschburger, Esq.
        Ronald Eisenberg, Esq.